1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CABN 234355)
   Assistant United States Attorney
5      150 Almaden Boulevard, Suite 900
       San Jose, CA 95113
6      Telephone: (408) 535-5061
       Fax:  (408) 535-5066
7      E-Mail: jeffrey.b.schenk@usdoj.gov

8  Attorneys for Plaintiff

**FILED**

JUL 1 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00504-PSG |
| Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL |
| LAWRENCE RIOS, ) | |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice following the defendant's successful completion of a term of pretrial diversion.

DATED:                                Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

                                      /s/

                                      JEFFREY B. SCHENK
                                      Assistant United States Attorney

NOTICE OF DISMISSAL (CR-10-00504-PSG)

Leave is granted to the government to dismiss the information.

Date: 7/11/2011

*PES* /s/
PAUL S. GREWAL
United States Magistrate Judge